## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

| | | |
|---|---|---|
| **JOSE JESUS PEDRAZA PULIDO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **1:23-cv-01296-TWP-MID** |
| | ) | |
| **RENE REYNOSO, JR., a police officer** | ) | |
| **with the Indianapolis Metropolitan** | ) | |
| **Police Department** | ) | |
| | ) | |
| **Defendant,** | ) | |

## <u>MOTION IN LIMINE</u>

Comes now the plaintiff, Jesus Jose Pedraza Pulido, by counsel, and submits the

following Motion in Limine.

**The fact that the plaintiff is in the country with a "Work Authorization".  He has**

**been here since he was a child. He is legally entitled to bring this action.**  <u>U.S. Const</u>. amend.

XIV sec. 1.

 <u>7-15-24</u>
Date

         <u>_/s/ *Randolph A. Leerkamp*</u>
Randolph A. Leerkamp, Sup. Ct. No. 8752-
49, Attorney for Plaintiff, Jesus Jose Pedraza
Pulido

Randolph A. Leerkamp
Attorney of Law
P.O. Box 3985
Carmel IN  46082-3985
317-509-1722
*randolph_leerkamp@yahoo.com*

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was electronically served through the

Court's electronic filing system on July 15, 2024 upon the following:

Kiely C. Kessler
K.keesler@indygov.gov
Sarah Haltom
Court Room Deputy
*Sarah_Haltom@insd.uscourts.gov*

*/s/ Randolph A. Leerkamp*
Randolph A. Leerkamp

*Revision Date: August 27, 2021*

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

3